**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-23343-KMW

CARLOS BRITO,

Plaintiff,

v.

GATOR RAILWAY, INC. and K&W RESTAURANT CORP d/b/a THAI HOUSE II,

Defendants.
_____________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, GATOR RAILWAY, INC., hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the Confidential Settlement Agreement and Release is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case .

Respectfully submitted this November 22, 2024.

/s/ Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
E-Mail: ajp@ajperezlawgroup.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
*Counsel for Plaintiff*

/s/ Anna Lenchus
ANNA LENCHUS
FL Bar No: 26382
1200 Anastasia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 521-8667
Emai: alenchus@gmail.com
*Counsel for Defendant, GATOR RAILWAY, INC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 22, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: *_/s/ Anthony J. Perez____*
ANTHONY J. PEREZ